14 F.3d 47
 Davis (Alan B.), Mueller (William C.), Hollihan (Richard)
v.
Morgan (Jim), Ex-Warden of SCI-P State Prison, Schwartzbauer
(John J.), Vocational & Job Placement Officer, Seiverling
(Thomas), Corr. Superintendent Assistant II, Tischuk (Gloria
A.), Deputy Atty. Gen., Mitchell (Robert C.), U.S.
Magistrate/Judge, McCune (Barron P.), U.S. District Judge
for U.S. District Court for Western District of Pennsylvania
 NO. 93-3232
 United States Court of Appeals,
Third Circuit.
 Nov 10, 1993
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.